The People of the State of Illinois, Plaintiff-Appellee, *v.* Jimmie Hilliard *et al.,* Defendants-Appellants.

(No. 59334;

First District (2nd Division)—April 16, 1974.

PER CURIAM.
STAMOS, J., took no part.

James J. Doherty, Public Defender, of Chicago (Harold A. Cowen and John M. Kalnins, Assistant Public Defenders, of counsel), for appellants.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and John F. Brennan, Assistant State's Attorneys, of counsel), for the People.